# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

CARPENTERS & JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS VACATION FUND, TWIN CITY CARPENTERS APPRENTICESHIP AND TRAINING PROGRAM, CARPENTERS & JOINERS DEFINED CONTRIBUTION PLAN,

Plaintiffs,

Case No. Civil 01-2356 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

LOADING DOCK SPECIALISTS, INC., and ERICK MAGNUSEN, Individually,

Defendants.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**1. Defendants are in default, and Plaintiffs are entitled to Default Judgment. 2. That Defendants file reports for August 2001 through March 2002, and all other months which may become due, at the offices of Wilson-McShane Corporation, 2850 Metro Drive, Suite 404, Bloomington, MN 55425, correctly identifying hours worked by carpenters and the last known addresses of its employees pursuant to the Collective Bargaining Agreement within 10 days of service of this Order upon them. 3. That Defendants pay the contributions of all of the hours reported pursuant to the Court's Order plus liquidated damages in the amount of 10% of the delinquent contributions and Plaintiffs' attorney fees and costs. 4. That upon the filing of all of outstanding reports including those for the months of August, September, October, November, December, 2001 and January, February, and March, 2002, by Defendants with Plaintiffs pursuant to this Order, if Defendants fail to make payments required by this Order, the Plaintiffs may move the Court for entry of judgment in the amount of unpaid contributions, liquidated damages, and attorney fees and costs as shown by Affidavit filed with the Court, and the Court shall enter judgment ten days after service of the motion and affidavit on Defendants.**

DATE: May 17, 2002

RICHARD SLETTEN , CLERK

E Knoblauch

E. Knoblauch, Deputy Clerk