UNITED STATES DISTRICT COURT

ORIGINAL

DISTRICT OF MINNESOTA

Civil File No. ~~02~~ 01-2356 MJD/JGL

CARPENTERS & JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS VACATION FUND, TWIN CITY CARPENTERS APPRENTICESHIP AND TRAINING PROGRAM, CARPENTERS & JOINERS DEFINED CONTRIBUTION PLAN,

Plaintiffs,

vs.

**ORDER TO SHOW CAUSE**

LOADING DOCK SPECIALISTS, INC., and ERICK MAGNUSEN, individually,

Defendants.

The above matter came before the Court upon Plaintiffs' Motion Seeking an Order to Show Cause to hold Defendants in civil contempt for failure to obey the Court's previous Order dated May 17, 2002, which ordered Defendants to submit fringe fund reports. Pursuant to that Motion the Court now makes the following Order:

IT IS HEREBY ORDERED:

1. Defendants are hereby ordered to personally appear before this Court on 11/1/02, at 2:00 pm at the United States Courthouse, Courtroom 14E, 300 South Fourth Street, Minneapolis, Minnesota to show cause, if any, why a contempt of court order should not be entered adjudging the Defendants in civil contempt of this Court for continuing to refuse to produce fringe fund reports and that Defendants should show cause why it should not be committed to confinement until compliance with the Court's Order of May 17, 2002.

FILED OCT 4 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

Carpenters & Joinders Welfare Fund, et al. v. Loading Dock Specialists, Inc., et al.,
Civil No.: 02-2356 (MJD/JGL)

BY THE COURT:

Date: 10-4-02

Michael J. Davis

The Honorable Michael J. Davis
United States District Court Judge