COPY

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil File No. 01-2356 MJD/JGL

CARPENTERS & JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS VACATION FUND, TWIN CITY CARPENTERS APPRENTICESHIP AND TRAINING PROGRAM, CARPENTERS & JOINERS DEFINED CONTRIBUTION PLAN,

Plaintiffs,

vs.

**ORDER FOR DISMISSAL**

LOADING DOCK SPECIALISTS, INC., and ERICK MAGNUSEN, individually,

Defendants.

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

Date: 12-05-02

The Honorable Michael J. Davis
Judge of District Court

107982

FILED 12-5-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

MJD

COPY

RECEIVED
NOV 13 2002
MJD CHAMBERS

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

RECEIVED
BY U.S. MAIL
2002 NOV 13 AM 10: 28
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

Civil File No. 01-2356 MJD/JGL

CARPENTERS & JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION FUND, TWIN CITY CARPENTERS VACATION FUND, TWIN CITY CARPENTERS APPRENTICESHIP AND TRAINING PROGRAM, CARPENTERS & JOINERS DEFINED CONTRIBUTION PLAN,

Plaintiffs,

vs.

LOADING DOCK SPECIALISTS, INC., and ERICK MAGNUSEN, individually,

Defendants.

**NOTICE OF DISMISSAL**
**WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 41(a)(1), the Plaintiffs hereby dismiss the above-captioned action without prejudice.

Date: November 11, 2002

McGRANN SHEA ANDERSON CARNIVAL
STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela Hodges Nissen
Att'y Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525

*Attorneys for Plaintiffs*

107976

COPY

## AFFIDAVIT OF SERVICE

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

**Maria J. Sivert**, being first duly sworn upon oath, deposes and states that on the 11th day of November, 2002, she served a copy of the following:

1. Notice of Dismissal Without Prejudice; and
2. Proposed Order for Dismissal.

upon:

Loading Dock Specialists, Inc.
3765 Bridge Street
Box 204
St. Francis, MN 55070

Mr. Erick Magnusen
3765 Bridge Street
Box 204
St. Francis, MN 55070

By depositing the same with postage prepaid with the United States mail at Minneapolis, Minnesota.

Maria J. Sivert

Subscribed and sworn to before me
this 11th day of October, 2002.

Notary Public

SANDRA K. MCLAUGHLIN
NOTARY PUBLIC – MINNESOTA
My Comm. Expires Jan. 31, 2005

108407